United States District Court
Southern District of Texas
**ENTERED**
October 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALI CHOUDHRI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-01742 |
| | § | |
| WAYNE DOLCEFINO, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Motion for Default Judgment. Doc. #11. The Court finds that the Motion does not comply with Rule B.5(a) of this Court's Procedures and Practices. Specifically, all authority must be cited within the body of the document and not footnoted. Accordingly, it is hereby ORDERED that the Motion be STRICKEN from the record.

Plaintiff may refile his amended Motion in accordance with Rule B.5 within seven (7) days of the entry of this order.

It is so ORDERED.

10/18/23
Date

The Honorable Alfred H. Bennett
United States District Judge