United States District Court
Southern District of Texas
**ENTERED**
May 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALI CHOUDHRI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-01742 |
| | § | |
| WAYNE DOLCEFINO, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On August 8, 2024, the Court entered an order denying Defendants Dolcefino Communications, LLC and Wayne Dolcefino's Motion to Dismiss. Doc. #21. Since then, this case has been pending on the Court's docket without any action by Plaintiff to advance the proceedings. "Courts have an 'inherent power' to dismiss cases for lack of prosecution. This power enables courts to 'manage their own affairs so as to achieve the orderly and expeditious disposition of cases.'" *United States v. Amieva-Rodriguez*, 905 F.3d 288, 289 (5th Cir. 2018) (quoting *Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962)). Accordingly, the Court hereby ORDERS Plaintiff to respond within seven (7) days of the entry of this Order as to why this case should not be dismissed. Otherwise, this action will be dismissed without prejudice for want of prosecution.

It is so ORDERED.

MAY 1 4 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge